**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: March 13, 2019**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-10118 |
| | : | (Chapter 7) |
| ANDREW MICHAEL PARKER and | : | (Judge J. Hopkins) |
| LYDIA MARY PARKER | : | |
| | : | |
| Debtors | : | |

### AGREED ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

This matter is before the Court upon the joint request of the Debtors, Andrew Michael Parker and Lydia Mary Parker, and Creditor, General Electric Credit Union, granting Creditor relief from the automatic stay to proceed with its state law rights with respect to the real property located at 186 First Street, Addyston, Ohio 45001.  Debtors and Creditor, through counsel, state as follows:

1. Debtors filed a petition for relief under Chapter 7 of the United States Bankruptcy Code on January 14, 2019.

2. Prior to the filing, Debtor Andrew M. Parker granted Creditor a security interest in certain real property as follows: 186 First Street, Addyston, Ohio 45001 (hereinafter the "Real Property").

3. The value of the Real Property is approximately $18,670.00, which is less than the obligations owed Creditor in the total sum of $19,302.08 and/or obligations secured by the Real Property and, therefore, the Real Property is a burden to the Estate.

4. Debtors' Statement of Intention indicates that they will surrender the Real Property to Creditor.

5. Debtors do not dispute the granting of the security interest to Creditor.

6. Debtors and Creditor agree that Creditor is entitled to relief from the automatic stay to enforce its state law remedies with respect to the Real Property.

THEREFORE, Creditor, General Electric Credit Union is granted relief from the automatic stay to proceed with its state law rights.

SO ORDERED:

/s/ Thomas A. Wietholter
THOMAS A. WIETHOLTER #37831
Case Attorney for Creditor
General Electric Credit Union
600 Vine Street, Suite 2500
Cincinnati, OH  45202
513/852-6000 Fax:  513/852-6087
Email: tawietholter@woodlamping.com

/s/ Elliott Polaniecki
ELLIOTT POLANIECKI
Trustee
9000 Plainfield Road
Cincinnati, OH 45236
513/793-5999
Email: elliottp@cinci.rr.com

/s/ Robert A. Goering
ROBERT A. GOERING
Case Attorney for Debtors
220 West Third Street
Cincinnati, OH 45202
513/621-0912
Email: rob@goering-law.com

Copies to:  Default List
2723490.1