UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT CINCINNATI

| | |
|---|---|
| IN RE: | Case No. 19-10118 |
| ANDREW MICHAEL PARKER<br>LYDIA MARY PARKER | Chapter 7 |
| | Chief Judge Jeffery Hopkins |
| Debtor(s). | |
| | **NOTICE OF PROPOSED ABANDONMENT<br>OF WELLS FARGO BANK, N.A.<br>(PROPERTY LOCATED AT<br>3834 DELMAR AVENUE<br>CINCINNATI, OH 45211)** |

  Please be advised that Wells Fargo Bank, N.A. has requested the Trustee to abandon certain real estate as described below:

| | |
|---|---|
| Property Address: | 3834 Delmar Avenue, Cincinnati, OH 45211 |
| Debt Owed Creditor: | $89,883.92 plus interest at 5.500% |
| Additional Liens: | None |
| Fair Market Value: | $72,810.00 |

      You are notified that unless a written objection is filed with the Court and served on the undersigned within twenty-one (21) days stating a colorable basis for said objection, the Trustee may abandon the described real estate.

      /s/Mia L. Conner
_____
Mia L. Conner, Case Attorney
Ohio Supreme Court Reg. No. 0078162
Attorney(s) for Wells Fargo Bank, N.A.
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100
(513) 241-4094 Fax
(877) 661-7891 Toll Free Fax
sohbk@lsrlaw.com

DATED AND MAILED:   March 28, 2019

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT CINCINNATI

| | |
|---|---|
| IN RE: | Case No. 19-10118 |
| Andrew Michael Parker<br>Lydia Mary Parker | Chapter 7 |
| | Judge Jeffery P. Hopkins |
| Debtor(s). | **CERTIFICATE OF SERVICE OF NOTICE OF PROPOSED ABANDONMENT OF PROPERTY LOCATED AT 3834 DELMAR AVENUE CINCINNATI, OH 45211** |

The undersigned certifies that a copy of the attached Notice of Proposed Abandonment was served this date on the party whose name and address is listed below as and for NOTICE that the attached Notice of Proposed Abandonment of Property is being filed with the Court.  The undersigned will present to the Court a Trustee's Abandonment of Property abandoning the real estate unless, within twenty-one (21) days after this date, a written memorandum in opposition along with a request for a hearing is filed with the Court and served on the undersigned.

DATED:  March 28, 2019

    /s/Mia L. Conner
Mia L. Conner, Case Attorney
Ohio Supreme Court Reg. No. 0078162
Attorney(s) for Wells Fargo Bank, N.A.
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100
(513) 241-4094 Fax
(877) 661-7891 Toll Free Fax
sohbk@lsrlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Proposed Abandonment Of Property and Certificate of Service of the Notice of Proposed Abandonment of Property of the secured creditor, Wells Fargo Bank, N.A. was served electronically on the date of filing through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the court and by Ordinary U.S. Mail on March 28, 2019 addressed to:

Andrew Michael Parker
5804 Rapid Run
Cincinnati, OH 45233

Lydia Mary Parker
5804 Rapid Run
Cincinnati, OH 45233

TIAA, FSB
c/o Adam B. Hall, Esq.
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

General Electric Credit Union
c/o Thomas A. Wietholter
600 Vine Street, Suite 2500
Cincinnati, OH 45202

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

                                      /s/Mia L. Conner
                                    Mia L. Conner, Case Attorney
                                    Ohio Supreme Court Reg. No. 0078162